UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Linda Franceia Goodwin                                Chapter 13
                                                             Case No. 19-24369-L
Debtor.

## Chapter 13 Plan

Address:     Debtor   4696 Mickey Dr., Memphis, TN 38116

Plan Payment:

Debtor Shall Pay: $ 129.00   Weekly
   Or by: (X) Payroll Deduction   Popeye's, 5505 Blue Lagoon, Miami, FL 33126

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                            (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim   (X) Yes   ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                          ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                             ongoing payment begins

5. Priority Claims:                                                                            Monthly Pmt.
   MS Dept. of Revenue                                          $1,519.00                      $26.00
   Internal Revenue Service                       Amount        $59.00                         lump

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                           ongoing payment begins

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.

   | Creditor | Collateral Value | Interest Rate | Monthly Pmnt. |
   |---|---|---|---|
   | Capital One (2010 Ford Fusion) | $ 6,500.00 | 0.00% | $130.00 |
   | United Credit Corp. (HHG) | $ 200.00 | 0.00% | $10.00 |
   | First Heritage (hhg) | $ 800.00 | 0.00% | $10.00 |
   | Conn's (hhg) | $ 6,200.00 | 0.00% | $125.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral |
|---|---|
| | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Criminal Court Clerk (cost/fines) | $ 3,146.00 | 0.00% | $67.00 |
| Crye-Leike (rent through 06/30/2019) | $ 950.00 | 0.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

    ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    Crye-Leike                                             X  Assume     ( ) Reject

17. Completion:   Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the
    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908            Date   June 5, 2019
    Debtor's Attorney's Signature

                                                                                    June 7, 2019

                                                                                    910 > December 7, 2016